STATE of Missouri, Respondent,

v.

Andrew MAURER, Appellant.

No. WD 39922.

Missouri Court of Appeals,
Western District.

May 24, 1988.

James R. Brown of Brown and Brown, Kearney, for appellant.

David A. Baird, Pros. Atty., Maryville, for respondent.

Before MANFORD, P.J., and
TURNAGE and COVINGTON, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for possession of a controlled substance, in violation of § 195.020.1, RSMo 1986.

Judgment affirmed. Rule 30.25(b).